**Dated: January 06, 2024**
**The following is ORDERED:**



_____
**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
SHONDA SMITH
Debtor(s)                                       Case No. 23-23508-H
SSN(1) XXX-XX-6504
```
_____

ORDER DIRECTING PRESENT EMPLOYER
TO CEASE DEDUCTIONS

_____

In this cause it appearing to the Court from the statements of the Chapter 13 Trustee that deductions made by debtor(s)' employer should cease.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the debtor(s)' employer shall cease making deductions for the Chapter 13 Trustee.

/S/ Jennifer K. Cruseturner
Chapter 13 Trustee

```
CC:     Jennifer K. Cruseturner
MW
        SHONDA SMITH
        2845 SUMMIT ARBORS CIRCLE, APARTMENT 102
        MEMPHIS, TN  38128

        ARTHUR RAY LAW OFFICES

        AMAZON
        PO BOX 80726
        SEATTLE, WA  98108
```